IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>             Plaintiff,<br><br>      vs.<br><br>DARREL G. ADAMS, et al.,<br><br>             Defendants.<br>_____ / | 1:05-CV-1524 REC DLB P<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>**OR**  FILING FEE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $250.00 filing fee, or submitted an application to proceed in forma pauperis on the **appropriate form** pursuant to 28 U.S.C. § 1915. Plaintiff has provided a certified copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2), and has provided the court with the required original signature by an authorized officer of the institution of incarceration. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the appropriate form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $250 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

   IT IS SO ORDERED.

**Dated:   February 2, 2006**                          **/s/ Dennis L. Beck**
3c0hj8                                                       UNITED STATES MAGISTRATE JUDGE