IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RICHARD A. OCHOTORENA,**<br><br>                                   Plaintiff,<br><br>     v.<br><br>**D. ADAMS, et al.,**<br><br>                                   Defendants. | Case No. 1:05-CV-01524 AWI DLB P<br><br>ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

The Court, having considered Defendants' first request for an extension of time to file a responsive pleading, and good cause having been found,

IT IS HEREBY ORDERED THAT: Defendants' responsive pleading shall be filed on or before March 15, 2007.

IT IS SO ORDERED.

Dated:   **January 31, 2007**            **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

1