IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　　　　　　Defendants. | 1:05-CV-01524 AWI DLB P<br><br>**ORDER GRANTING DEFENDANTS ADAMS, DUNCAN, AND FAMBROUGH'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The Court, having considered Defendants Adams, Duncan, and Fambrough's first request for an extension of time to file a responsive pleading, and good cause having been found,

IT IS HEREBY ORDERED THAT:  Defendants Adams, Duncan, and Fambrough's responsive pleading shall be filed on or before March 15, 2007.

IT IS SO ORDERED.

Dated:   **February 22, 2007**　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE