UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARREL G. ADAMS, et al.,<br><br>    Defendants. | 1:05-CV-01524-LJO-DLB-P<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSE<br><br>(DOCUMENT #28) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 14, 2007, defendants plaintiff filed a motion for a second extension of time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to file a response to the complaint.

    IT IS SO ORDERED.

    Dated:   **April 25, 2007**                        **/s/ Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE