UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OCHOTORENA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DARREL G. ADAMS, et al.,<br><br>　　　Defendants. | 1:05-CV-01524-LJO-DLB-PC<br><br>ORDER RE: PLAINTIFF'S MOTION FOR EXTENSION FOR TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br><br>PLAINTIFF'S RESPONSE DUE 6/1/07<br><br>(DOCUMENT #33) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time to respond to defendant's motion to dismiss filed on April 16, 2007. Plaintiff is requesting that he be given until May 23, 2007 to file his response. After reviewing the file in this matter and good cause having been presented to the court, plaintiff's request for an extension is granted. Because there was a delay in the court receiving plaintiff's motion, plaintiff may file a response by June 1, 2007.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's is granted until June 1, 2007 to file an optional response to defendant's motion to dismiss.

　　　IT IS SO ORDERED.

　　　Dated: **May 24, 2007**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE