UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OCHOTORENA, | 1:05-cv-01524-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 38) |
| vs. | |
| D. ADAMS, et al., | **ORDER GRANTING IN PART MOTION TO DISMISS** (Doc. 29) |
| Defendants. / | |

Plaintiff, Richard Ochotorena ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 10, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed January 10,
8  2008, are ADOPTED IN FULL; and,
9  2.  Defendant's motion to dismiss for failure to exhaust,
10 filed April 16, 2007, is GRANTED IN PART as follows:
11      a.  Defendants' motion to dismiss claims three through
12 six is GRANTED and these claims are DISMISSED, without prejudice;
13      b.  This case proceed solely on claims one and two
14 relating to defendants' conduct on September 8, 2003; and,
15      c.  Defendants respond to claims one and two of
16 plaintiff's complaint within **twenty (20) days** from the date of
17 service of this order.

IT IS SO ORDERED.

**Dated:   February 28, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE