IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RICHARD A. OCHOTORENA,**<br><br>Plaintiff,<br><br>v.<br><br>**D. ADAMS, et al.,**<br><br>Defendants. | CASE NO.: 1:05-CV-01524 LJO DLB P<br><br>**ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

The Court, having considered Defendants Adams and Reynoso's first request for an extension of time to respond to Plaintiffs' requests for admissions, interrogatories, and requests for production of documents, and good cause having been found,

IT IS HEREBY ORDERED THAT: Defendants' discovery responses shall be served on or before October 20, 2008.

IT IS SO ORDERED.

Dated:  **September 26, 2008**          /s/ **Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE