# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAMS, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:05-cv-01524-LJO-DLB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Docs. 66, 70)<br><br>ORDER REQUIRING PLAINTIFF TO FURNISH FURTHER INFORMATION FOR SERVICE OF PROCESS WITHIN **TWENTY (20) DAYS** |

Plaintiff Richard A. Ochotorena ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed on November 30, 2005, against Defendants D. Adams, J. Reynoso, K. Curtiss, H. Duncan, J. Fambrough, K. Kalkis, J. M. Astorga, P. A. Rodriguez, and Lane. Because Plaintiff is proceeding in forma pauperis, the Court must appoint the United States Marshal to serve each defendant with a summons and complaint. Fed. R. Civ. Pro. 4(c)(2). All of the above-named Defendants have been served, with the exception of J. M. Astorga. On January 30, 2007, the United States Marshal returned the unexecuted summons. (Doc. 24.)

On September 23, 2009, the Court issued an order requiring Plaintiff to show cause within thirty days why Defendant Astorga should not be dismissed for failure to provide information sufficient to effect service. (Doc. 66.) On October 26, 2009, Plaintiff filed his response. (Doc. 70.)

1

Accordingly, it is HEREBY ORDERED that the September 23, 2009 order to show cause is discharged.

Plaintiff contends that he provided sufficient information for the United States Marshal to effect service on Defendant J. M. Astorga, and that the United States Marshal did not inquire at the prison personnel office as to Defendant Astorga's whereabouts. As indicated on the returned summons, the United States Marshal was unable to locate a "J. M." Astorga in the CDC database. (Doc. 24.) The Court will order a further re-service attempt, if Plaintiff can provide additional information to aid the United States Marshal in locating the Defendant, such as workplace during the relevant date and time, full spelling of Defendant's name, or any other helpful information. Within **twenty (20) days** from the date of service of this order, Plaintiff shall provide the Court with further information to assist the Marshal in serving Defendant. If Plaintiff can remember any other details that might assist the Court and the Marshal, Plaintiff shall so inform the Court.

Based on the foregoing, it is HEREBY ORDERED that within **twenty (20) days** from the date of service of this order, Plaintiff shall provide the Court with any and all information he has that might help the Marshal serve defendant correctional officer J. M. Astorga.

IT IS SO ORDERED.

**Dated:   December 1, 2009**          /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE