# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>        Plaintiff,<br><br>    v.<br><br>DARREL G. ADAMS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-CV-01524-LJO-DLB PC<br><br>ORDER DENYING UNITED STATES MARSHAL'S REQUEST FOR REIMBURSEMENT<br><br>(DOC. 93) |

On December 21, 2010, the Court directed the United States Marshal to serve subpoena duces tecum on Johanna Cordova and A. Hernandez at the California Substance Abuse Treatment Facility. Pending before the Court is the United States Marshal's request for reimbursement, filed February 25, 2011.

The Marshal's request cites to Federal Rule of Civil Procedure 4(d)(2). However, that rule is inapplicable in this instance, as the Marshal was directed to personally serve a subpoena on non-parties, not service of process on a party. Plaintiff is proceeding in forma pauperis and is thus entitled to proceed in this action without prepayment of costs. Accordingly, it is HEREBY ORDERED that the United States Marshal's request for reimbursement, filed February 25, 2011, is DENIED.

IT IS SO ORDERED.

    Dated:   **March 9, 2011**                           **/s/ Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE