# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:05-CV-01524-LJO-DLB PC<br><br>ORDER EXTENDING TIME TO PRODUCE DOCUMENTS<br><br>(DOC. 103) |

　　Plaintiff Richard A. Ochotorena ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  On May 12, 2011, the Court granted in part Plaintiff's motion to compel non-party CDCR to produce certain documents.  Doc. 103. CDCR was granted the opportunity to file a motion for protective order.  On May 24, 2011, CDCR filed a motion for protective order.  Doc. 104.

　　Pursuant to the Court's May 12, 2011 Order, CDCR was to produce these documents within thirty days from the date of service of the order.  However, the Court will provide Plaintiff an opportunity to respond to CDCR's motion for protective order prior to ordering the production of these documents, pursuant to Local Rule 230(l).  The Court thus finds good cause to extend the time to produce documents.  Fed. R. Civ. P. 6(b).  Accordingly, it is HEREBY ORDERED that CDCR will produce the documents described in the Court's May 12, 2011 Order within ten (10) days after the adjudication of CDCR's motion for protective order.

　　IT IS SO ORDERED.

Dated:   **June 10, 2011**　　　　　　　　  **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1