IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>    Plaintiff,<br><br>vs.<br><br>DARREL G. ADAMS, et al.,<br><br>    Defendants.<br>_____/ | 1:05-CV-01524-LJO-DLB (PC)<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME TO FILE REPLY<br><br>(Motion #114 )<br><br>AUGUST 16, 2011 DEADLINE |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On August 4, 2011,  plaintiff filed a motion to extend time to file a reply.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted up to and including August 16, 2011 in which to file a reply.

    IT IS SO ORDERED.

    Dated:   **August 9, 2011**              /s/ **Dennis L. Beck**  
                                                                           UNITED STATES MAGISTRATE JUDGE