# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA, | CASE NO. 1:05-CV-01524-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DERRAL G. ADAMS, et al., | |
| Defendants. | OPPOSITION DUE WITHIN THIRTY DAYS |

Plaintiff Richard A. Ochotorena ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Adams, Kalkis, Reynoso, Curtiss, Duncan, Fambrough, Lane, and Rodriquez.

On April 3, 2009, Defendants filed a motion for partial summary judgment. Doc. 55. Plaintiff moved for a Federal Rule of Civil Procedure 56(d) motion, which the Court granted on March 19, 2010. Based on a review of the record, all discovery in this matter has been resolved. Plaintiff is required to file a supplemental opposition to Defendants' motion for summary judgment.

Accordingly, it is HEREBY ORDERED that Plaintiff is to serve and file a supplemental opposition to Defendants' motion for summary judgment within thirty (30) days from the date of service of this order. Defendants will be provided seven (7) days from the date of service of Plaintiff's opposition in which to serve and file their supplemental reply, if any. Failure to file a supplemental opposition will be construed as a waiver of the opportunity to file.

IT IS SO ORDERED.

Dated: December 20, 2011         /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1