# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>        Plaintiff,<br><br>    v.<br><br>K. CURTISS, et al.,<br><br>        Defendants. | CASE NO. 1:05-cv-01524-LJO-DLB PC<br><br>ORDER VACATING WRITS OF HABEAS CORPUS AD TESTIFICANDUM<br><br>ECF Nos. 139, 140 |

Plaintiff Richard A. Ochotorena ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This case is proceeding on Plaintiff's complaint, filed November 30, 2005, against Defendants Duncan, Fambrough, Curtiss, Kalkis, Lane, and Rodriguez for excessive force in violation of the Eighth Amendment. The case was set for jury trial to commence on September 11, 2012 before the Honorable Lawrence J. O'Neill.

By separate order, Judge O'Neill granted a continuance of the trial date. ECF No. 152. Accordingly, the writs of habeas corpus ad testificandum as to Plaintiff and his inmate witness will be vacated. New writs will be issued after a new trial date is set.

Based on the foregoing, it is HEREBY ORDERED that the orders and writs of habeas corpus ad testificandum, docketed August 13, 2012, are vacated. The Clerk of the Court is directed to notify the appropriate individuals.

IT IS SO ORDERED.

Dated: **August 31, 2012**        /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1