# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>K. CURTSS, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:05-cv-01524-LJO-DLB PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON FEBRUARY 6, 2013 AT 8:30 A.M. IN COURTROOM 4 |

　　　　Plaintiff Richard A. Ochotorena, CDCR #D-67758, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, February 6, 2013, in Courtroom 4, from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

**Dated:　February 5, 2013**　　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1