# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>            Plaintiff,<br><br>     v.<br><br>K. CURTISS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-cv-01524-LJO-DLB PC<br><br>NOTICE AND ORDER THAT KENNY LEE IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on February 5, 2013. Inmate Kenny Lee testified in the matter on February 5, 2013. Mr. Lee finished his testimony on February 5, 2013.

Accordingly, Kenny Lee, CDCR #P-78435, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:    February 5, 2013**          /s/  Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

1