# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>        Plaintiff,<br><br>    v.<br><br>K. CURTISS, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:05-cv-01524-LJO-DLB PC<br><br>NOTICE AND ORDER THAT RICHARD A. OCHOTORENA IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    Jury trial in this matter commenced on February 5, 2013. Jury trial concluded on February 6, 2013.

    Accordingly, Plaintiff Richard A. Ochotorena, CDCR #D-67758, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:**   **February 6, 2013**      /s/  Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE